```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/9/2020__
```

July 8, 2020

**VIA ECF**
Hon. Judge Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   <u>Gonzalez v. Creative Recreations, Inc.;</u>
            Case No. 1:20-cv-03789-AT

Dear Judge Torres,

    The undersigned represents Plaintiff Raymond Gonzalez (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for Wednesday, July 15, 2020 at 11:40 a.m. It is now July 8, 2020, and Defendant has yet to appear. Defendants answer was due May 16, 2020. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

    Accordingly, the undersigned requests that the July 15th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with an Order to Show Cause for default judgment.

    Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Mars Khaimov*
**Mars Khaimov, Esq.**

---

GRANTED. The initial pretrial conference scheduled for July 15, 2020 is ADJOURNED *sine die*. By **August 10, 2020**, Plaintiff shall move for default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: July 9, 2020
      New York, New York

_____
**ANALISA TORRES**
United States District Judge