UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND GONZALEZ, on behalf of himself and all others similarly situated,

            Plaintiff,

-against-

CREATIVE RECREATIONS, INC.,

            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/15/2020
```

20 Civ. 3789 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 9, 2020, this Court ordered Plaintiff to move for a default judgment by August 10, 2020. ECF No. 10. Plaintiff failed to do so. By **November 10, 2020**, Plaintiff shall move for a default judgment in accordance with Attachment A of the Court's Inidividual Practices in Civil Cases.

    SO ORDERED.

Dated: October 15, 2020
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge